FILED

JAN 1 6 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID REYES | § | |
| | § | |
| VS. | § | CASE NO.: SA:19-CV-00562-OLG |
| | § | |
| HV GLOBAL GROUP, INC., ILG, LLC | § | |
| HTS-SAN ANTONIO, LP and LF, LLC | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on this day came on to be considered the above-entitled and numbered cause, when came the parties, by and through their respective attorneys of record, and announced to the Court that they had entered into an accord and settlement in this cause without any admission of liability on the part of the Defendants, and the parties having agreed that Judgment should be entered herein in favor of the Defendants, HTS-San Antonio, LP, HV Global Group, Inc., ILG, LLC and LF, LLC, and against Plaintiff, David Reyes, it is accordingly:

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff, David Reyes, take nothing by reason of this suit, and that Defendants, HTS-San Antonio, LP, HV Global Group, Inc., ILG, LLC and LF, LLC, be discharged, and that they go hence with their costs, without day, and that said Defendants stand fully released, discharged and acquitted. It is further,

ORDERED, ADJUDGED and DECREED that costs of Court incurred herein are hereby assessed against the parties incurring same.

SIGNED on this the ___16___ day of ___January___, 2020.

_____
JUDGE PRESIDING

**APPROVED AS TO CONTENT AND FORM:**

GARCIA & MARTINEZ, L.L.P.

_____
Albert T. Garcia, III
State Bar No.: 00787515
6900 North 10th Street, Ste. 2
McAllen, TX 78504
Ph: 956-627-0455
Fx: 956-627-0487
albert@garmtzlaw.com

**Attorney for Plaintiff, David Reyes**


BROTHERS ALVARADO, P.C.

_____
David E. Brothers
State Bar No. 03084300
dbrothers@brothers-law.com
Andrew J. Martinez
State Bar No. 24077222
amartinez@brothers-law.com
Two Memorial City Plaza
820 Gessner, Suite 1075
Houston, Texas 77024
P: (713) 337-0750
F: (713) 337-0760

**Attorneys for Defendants, HTS-San Antonio, LP, HV Global Group, Inc., ILG, LLC**

_____
Kevin P. Riley
State Bar No.: 16929100
Raul I. Saenz
State Bar No.: 24093092
MAYER LLP
4400 Post Oak Parkway, Ste. 2850
Houston, TX 77027
713-487-2003 - Telephone
713-487-2019 - Facsimile
kriley@mayerllp.com
rsaenz@mayerllp.com

**Attorneys for Defendant, LF, LLC**